CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

November 12, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEE MALVO, | ) |
|     Plaintiff, | ) Civil Action No. 7:23cv00535 |
| | ) |
| v. | ) OPINION and ORDER |
| | ) |
| HAROLD CLARKE, et al., | ) By: Robert S. Ballou |
|     Defendants. | ) United States District Judge |

    Plaintiff Lee Malvo, a Virginia inmate proceeding *pro se*, has filed a Motion for Reconsideration of this court's order entered September 15, 2025, dismissing Counts 1 and 4 of Malvo's suit under 42 U.S.C. § 1983. Because Malvo has not identified any proper grounds for reconsideration, I will deny his motion.

    Rule 59(e) motions will be granted in three circumstances: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice. *Ingle ex rel. Estate of Ingle v. Yelton*, 439 F.3d 191, 197 (4th Cir. 2006). Malvo has alleged only that Counts 1 and 4 are "paramount" to his case. He has offered no evidence or argument that the law has changed or that the court's decision involved a clear error of law.

    His Motion for Reconsideration (Dkt. No. 55) is **DENIED**.

    Enter: November 11, 2025

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States District Judge